# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olufunmilayo Ajibade-O'Bannon, | 2:15-cv-001926-JAD-NJK |
| Plaintiff | **Order Vacating Hearing** |
| v. | [ECF 10, 20, 21] |
| Dignity Health dba St. Rose Dominican Hospitals, et al., | |
| Defendants | |

The court has been advised that this matter settled at the Early Neutral Evaluation Session this morning. Accordingly, IT IS HEREBY ORDERED that all pending motions **[ECF 10, 20] are DENIED** as moot, and **the motion hearing scheduled for March 28, 2016, at 3 p.m. is VACATED.**

Dated this 25th day of March, 2016.

_____
Jennifer A. Dorsey
United States District Judge